938

No. 02–6028. MARIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–6029. LUIS MARTINEZ, AKA VALDEZ CUELLO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–6033. DENT v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–6034. COOPER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–6035. ROSS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–6036. RODRIGUEZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–6040. YOUNG v. CONLEY, WARDEN; and
No. 02–6041. SAN-MIGUEL v. DOVE, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied. Reported below: 291 F. 3d 257.

No. 02–6045. MELECIO RODRIQUEZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–6048. FAVELA-FAVELA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–6049. GARCIA-PAZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6050. GAJO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–6052. DE JESUS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6057. LLANEZ-ESPINOZA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6060. CEDENO-RANGEL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6062. ESPINAL-MARTINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.